IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JUL 1 2 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES FOR THE USE AND
BENEFIT OF STRAIGHTLINE
CORPORATION,

    **Plaintiff,**

v.                                           CIVIL ACTION NO. 5:06-00011

AMERICAN CASUALTY COMPANY
OF READING, PA,

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

Pending before this court is plaintiff's motion to substitute local counsel. (Doc. No. 51.) Plaintiff states that its current local counsel will not be available to attend either the pretrial conference or the trial on the dates currently scheduled. (Id. at ¶¶ 5-6.) Plaintiff therefore moves the court to substitute Lauren Rodriguez as its local counsel. (Id. at ¶¶ 7-10.) Ms. Rodriguez is licensed to practice in the State of West Virginia and in the Northern District of West Virginia; however, she works principally from her firm's Pittsburgh office. (Id. at ¶¶ 7-9.) Local Rule 83.02 requires that local counsel have an office in West Virginia which is the "primary location" from which the local counsel practices law "on a daily basis." L. R. Gen. P. 83.02. Because Ms. Rodriguez' primary office is in Pittsburgh, Pennsylvania, this court **DENIES** plaintiff's motion to substitute local counsel (Doc. No. 51).

The Clerk is directed to mail and FAX a copy of this Memorandum Opinion and Order to all counsel of record.

It is SO ORDERED this 12th day of July, 2007.

ENTER:

David A. Faber
United States District Judge