IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

UNITED STATES FOR THE USE AND
BENEFIT OF STRAIGHTLINE
CORPORATION,

    Plaintiff,

v.                          CIVIL ACTION NO. 5:06-00011

AMERICAN CASUALTY COMPANY
OF READING, PA,

    Defendant.

## ORDER

For reasons appearing the court, the court hereby **VACATES** its previous order (Doc. No. 53) denying plaintiff's motion to substitute Lauren Rodriguez as local counsel (Doc. No. 51). The court instead **GRANTS** plaintiff's motion (Doc. No. 51) **IN PART**, permitting Lauren Rodriguez to serve as local counsel during the pretrial conference scheduled for July 13, 2007, at 1:30 p.m. in Charleston, West Virginia.

The Clerk is directed to mail a copy of this Memorandum Opinion and Order to all counsel of record.

It is SO ORDERED this 12th day of July, 2007.

                ENTER:

                David A. Faber
                United States District Judge