```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                      AT WHEELING
```

**UNITED STATES FOR THE USE AND**
**BENEFIT OF STRAIGHTLINE**
**CORPORATION,**

    **Plaintiff,**

**v.**                                  **CIVIL ACTION NO. 5:06-00011**

**AMERICAN CASUALTY COMPANY**
**OF READING, PA,**

    **Defendant.**

## ORDER

Having been advised of the pending settlement of this action, the court finds it unnecessary for further proceedings to be conducted herein. Accordingly, the court **ORDERS** as follows:

1. The remaining requirements of the latest Scheduling Order (Doc. No. 40) that have not yet passed, including the pretrial conference scheduled for July 13, 2007, at 1:30 p.m., are hereby continued until further order of the court.

2. The Clerk shall retire this action from the active docket of this court. The parties may, within thirty days after entry of this Order, submit an agreed order of dismissal. Otherwise, dismissal will be entered without prejudice.

3. The court may, for good cause shown, reinstate this action to the active docket, which good cause

shall be set forth in writing and filed with the Clerk within said thirty days.

The Clerk is directed to send a copy of this Order to counsel of record.

It is **SO ORDERED** this 13th day of July, 2007.

ENTER:

David A. Faber
United States District Judge